**Electronically Filed
Supreme Court
SCWC-19-0000634
20-JUN-2025
07:51 AM
Dkt. 13 ODAC**

SCWC-19-0000634

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

BRANDON REIS,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000634; CASE NO. 1CPC-17-0001205)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on April 23, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 20, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

